# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **ARIYANNA LYNCH** )<br><br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**JAVARA, INC. and AMANDA LANE-PETERSON,** )<br>)<br>)<br>*Defendant* ) | Civil Action No. 3:24-cv-00200-TCB-RGV |

## AFFIDAVIT OF SERVICE

I, Clyde Louis, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Javara, Inc. in Gwinnett County, GA on October 28, 2024 at 3:09 pm at 2 Sun Court Northwest, suite 400, Norcross, GA 30092 by leaving the following documents with Alisha Smith who as CSC COORDINATOR at CSC is authorized by appointment or by law to receive service of process for Javara, Inc.. Proof Colorado, LLC also mailed these documents to Javara, Inc. to their last known address at 2 Sun Court Northwest, suite 400, Norcross, GA 30092 on October 28, 2024.

Complaint
Preservation Letter
Summons

Black or African American Female, est. age 35-44, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9". Geolocation of Serve: https://google.com/maps?q=33.9682872,-84.2271256

Total Cost: $124.40

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Newton County                                        ,

  GA        on    10/29/2024            .

/s/ *Clyde Louis*
_____
Signature
Clyde Louis
+1 (678) 343-1585