IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ARIYANNA LYNCH,<br><br>    Plaintiff,<br>v.<br><br>JAVARA, INC. and<br>AMANDA LANE-PETERSON,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>3:24-cv-00200-LMM-RGV |

**ORDER FOR SERVICE OF FINAL
REPORT AND RECOMMENDATION**

The Final Report and Recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72(b), N.D. Ga. R. 72.1(B), (D), and Standing Order 18-01 (N.D. Ga. Feb. 12, 2018), has been filed. The Clerk is **DIRECTED** to serve upon counsel for the parties and directly upon any unrepresented parties a copy of the Final Report and Recommendation and a copy of this Order.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Final Report and Recommendation within **fourteen (14)** days of service of this Order. Unless otherwise ordered by the Court, "objections and any responses thereto are limited in length to twenty-five (25) pages," and "[r]eply briefs may not be filed unless the moving party requests, and the presiding judge grants, leave to do so." LR 72.1(E), NDGa. Should objections be filed, they shall

specify with particularity the alleged error(s) made (including reference by page number to any transcripts if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Final Report and Recommendation may be adopted as the opinion and order of the District Court, and on appeal, the Court of Appeals will deem waived any challenge to factual and legal findings to which there was no objection, subject to interests-of-justice plain error review. 11th Cir. R. 3-1.

The Clerk is **DIRECTED** to submit the Final Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**IT IS SO ORDERED** and **DIRECTED**, this 5th day of June, 2025.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE